# Exhibit
# G

| MatRef | = Quigley's Litigation D | | |
|---|---|---|---|
| MatNo | = 02 | | |
| Type | IN I | | |

**NYBERG & CASSIOPPI, LLC**
**Transaction Listing**

Date Printed: 9/08/2011
Time Printed: 9:01AM
Printed By: BGT

| Date | Type | Ref No. | For | Amount |
|---|---|---|---|---|
| 6/05/2009 | Invoice | 701211 | Quigley's Litigation Defense | 6,833.48 |
| 7/07/2009 | Invoice | 701240 | Quigley's Litigation Defense | 3,783.38 |
| 8/06/2009 | Invoice | 701296 | Quigley's Litigation Defense | 7,341.29 |
| 9/03/2009 | Invoice | 701327 | Quigley's Litigation Defense | 676.84 |
| 10/02/2009 | Invoice | 701380 | Quigley's Litigation Defense | 3,668.11 |
| 11/04/2009 | Invoice | 701410 | Quigley's Litigation Defense | 2,245.65 |
| 1/07/2010 | Invoice | 701536 | Quigley's Litigation Defense | 3,891.25 |
| 2/08/2010 | Invoice | 701580 | Quigley's Litigation Defense | 4,875.00 |
| 3/18/2010 | Invoice | 701630 | Quigley's Litigation Defense | 1,381.25 |
| 4/06/2010 | Invoice | 701666 | Quigley's Litigation Defense | 2,451.90 |
| 5/04/2010 | Invoice | 701689 | Quigley's Litigation Defense | 2,078.03 |
| 7/09/2010 | Invoice | 701780 | Quigley's Litigation Defense | 4,777.50 |
| 8/06/2010 | Invoice | 701843 | Quigley's Litigation Defense | 6,071.14 |
| 9/08/2010 | Invoice | 701871 | Quigley's Litigation Defense | 1,275.29 |
| 10/04/2010 | Invoice | 701918 | Quigley's Litigation Defense | 2,995.34 |
| 11/03/2010 | Invoice | 701973 | Quigley's Litigation Defense | 4,148.30 |
| 12/06/2010 | Invoice | 702033 | Quigley's Litigation Defense | 2,499.24 |
| 1/04/2011 | Invoice | 702095 | Quigley's Litigation Defense | 4,256.01 |
| 2/04/2011 | Invoice | 702169 | Quigley's Litigation Defense | 1,739.29 |
| 3/03/2011 | Invoice | 702221 | Quigley's Litigation Defense | 0.00 |
| 3/07/2011 | Invoice | 702221 | Quigley's Litigation Defense | 1,046.25 |
| 5/03/2011 | Invoice | 702300 | Quigley's Litigation Defense | 0.00 |
| 6/01/2011 | Invoice | 702352 | Quigley's Litigation Defense | 1,775.00 |
| 7/07/2011 | Invoice | 702467 | Quigley's Litigation Defense | 1,137.50 |
| 8/03/2011 | Invoice | 702519 | Quigley's Litigation Defense | 4,990.19 |
| 9/07/2011 | Invoice | 702569 | Quigley's Litigation Defense | 1,887.50 |

Report Total $77,824.73

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville IL 60540

June 03, 2009

Invoice #    10339

Professional Services

| | Hours | Amount |
|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | |
| 5/12/2009  Telephone call from Jeffry Knuckles re: new proceeding; review original complaint; draft and revise letter to Jeffry Knuckles re: representation; draft and revise declaration for Jeffry Knuckles re: motion for extension of time to answer or otherwise plead; confer with Jeffry Knuckles re: conversations with plaintiffs counsel. | 0.90 | 270.00 |
| 5/14/2009  Legal research re: Fairl Labor Standards Act and regulations; review regulations of U.S. Department of Labor. | 1.20 | 360.00 |
| 5/18/2009  Review letter from Alejandro Caffarelli re: prior settlement discussions; draft and send e-mail to Jeff Knuckles re: letter from plaintiffs counsel; telephone call from Jeffry Knuckles re: letter from Alejandro Caffarelli; discuss answer and motion to dismiss; review order filed by Judge Castillo. | 0.60 | 180.00 |
| 5/19/2009  Review e-mail from Jeffry Knuckles with demand letter from plaintiffs; draft and send e-mail to Jeffry Knuckles re: legal issues and posture for settlement conference. | 0.40 | 120.00 |

Jeffry Knuckles                                                                  Page   2

                                                                        Hours      Amount

5/26/2009  Telephone call to Jeffry Knuckles re: Dominguez v. Quigley's Irish        0.90      270.00
           Pub answer to complaint and status report to be filed; discuss issue of
           potential agreement to transfer proceeding to U.S. Magistrate Judge;
           discuss responses to discovery.

5/29/2009  Review minute order re: briefing schedule set by Judge Castillo;          0.30       90.00
           review e-mail from Jeffry Knuckles assistant re: schedule entered by
           Judge Castillo.

           SUBTOTAL:                                                        [        4.30    1,290.00]

           For professional services rendered                                                $1,290.00

           Additional Charges :

           Melody Dominguez v. Quigley's Irish Pub, Inc.

5/14/2009  Copying cost on May 14, 2009.                                                         14.50
5/22/2009  Postage cost on May 15, 2009.                                                          2.78
5/27/2009  Copying cost on May 27, 2009.                                                          1.20

           SUBTOTAL:                                                                 [        18.48]

           Total additional charges                                                            $18.48

           Total amount of this bill                                                        $1,308.48

           Previous balance                                                                 $6,199.57

           Accounts receivable transactions

4/15/2009  Payment check#1008.  Thank you.                                                 ($6,199.57)

           Total payments and adjustments                                                  ($6,199.57)

Jeffry Knuckles

Page   3

|  | Amount |
|---|---|
| Balance due | $1,308.48 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 4.30 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497


Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville IL 60540


June 29, 2009

Invoice #    10354


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | |
| 6/1/2009 | Review e-mail from Jeffry Knuckles re: request for extension of settlement conference date; discuss settlement issues. | 0.30 | 90.00 |
| 6/8/2009 | Review order setting new date; review e-mail from counsel for the plaintiff. | 0.40 | 120.00 |
| 6/9/2009 | Telephone conference re: status hearing date. | 0.30 | 90.00 |
| 6/17/2009 | Telephone conference with Jeffry J. Knuckles re: negotiations re: filing joint status report. | 0.30 | 90.00 |
| 6/24/2009 | Review draft motion to transfer proceeding to U.S. Magistrate Judge; telephone conference with Bradley Manewith, plaintiff's counsel re: agreement to file required form re: transfer to Judge Cole's docket; telephone conference with Jeffrey Knuckles re: transfer of proceedings to Judge Cole and cancellation of status dates before Judge Castillo. | 0.90 | 270.00 |

Jeffry Knuckles

Page   2

|  | | Hours | Amount |
|---|---|---|---|
| 6/25/2009 | Review orders entered by the Court transferring the case to the docket of U.S. Magistrate Judge Jeffrey Cole; confer with opposing counsel re: a new date for the status report; telephone call from Jeffry Knuckles re: new status report date before Judge Cole; | 0.60 | 180.00 |
| 6/26/2009 | Telephone call to Jeffry Knuckles re: transfer of case to Judge Cole and status report setting by Judge Cole; telephone conference with Bradley Manewith re: rescheduling status date. | 0.40 | 120.00 |
| 6/29/2009 | Telephone conference with plaintiff counsel office re: new date for status before Judge Cole. | 0.20 | 60.00 |

|  | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | | [          3.40 | 1,020.00] |

For professional services rendered        $1,020.00

Additional Charges :

Melody Dominguez v. Quigley's Irish Pub, Inc.

| 6/3/2009 | Postage on June 3, 2009. | | 0.88 |
|---|---|---|---|
| SUBTOTAL: | | [ | 0.88] |

Total additional charges        $0.88

Total amount of this bill        $1,020.88

Previous balance        $1,308.48

Balance due        $2,329.36

Jeffry Knuckles

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| James A. McGurk | 3.40 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville IL 60540

August 04, 2009

Invoice #    10373

Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | | |
| 7/2/2009 | Telephone conference with Jeff Knuckles; review complaint; discuss issues of transfer of case from Judge Castillo to U.S. Magistrate Judge Cole on consent. | 0.70 | 210.00 |
| 7/7/2009 | Telephone call from Jeffry Knuckles re: status report before Judge Cole. | 0.50 | 150.00 |
| 7/14/2009 | Telephone conference with Bradley Manewith; review draft status report; send e-mail to Jeffry Knuckles re: proposed order; send Judge Cole order to Jeffry Knuckles; telephone conference with Jeffry Knuckles re: revisions to proposed order; review motion of plaintiff for notification to other potential class members set. for 7/17/09. | 1.10 | 330.00 |
| 7/17/2009 | Meet with Jeffry Knuckles re: preparation for status; attend status report before Judge Cole; review legal research re: requirements for notice to opt in potential claimants; confer with Jeffry Knuckles re: potential motion for a protective order. | 1.50 | 450.00 |

Jeffry Knuckles

Page   2

| | Hours | Amount |
|---|---|---|
| 7/19/2009 Review legal research re: issues re: certfication of collective action and opt in procedure. | 0.50 | 150.00 |
| 7/20/2009 Review e-mail re: opposition to motion of plaintiff for notice to opt in class. | 0.40 | 120.00 |
| 7/22/2009 Review draft order re: tolling agreement. | 0.20 | 60.00 |
| 7/23/2009 Telephone conference with Jeff Knuckles re: contacts by plaintiffs counsel with present and former employees of defendant; draft and send e-mail to Jeff Knuckles re: service of tolling agreement. | 0.30 | 90.00 |
| 7/24/2009 Review e-mails re: contacts by plaintiff's firm with former employees of Quigley's Irish Pub. | 0.50 | 150.00 |
| 7/26/2009 Review revised memorandum in opposition to motion for notification of prospsective class members. | 0.50 | 150.00 |
| 7/27/2009 Review memorandum in opposition to motion of plaintiff for notification to other potential opt in class members; review affidavit of Michele Michael re: contact with former employees. | 0.80 | 240.00 |
| 7/29/2009 Meet Jeff Knuckles and Nancy Quigley; review employee work area; review notifications. | 0.50 | 150.00 |
| 7/31/2009 Review memorandum of law in opposition; draft and file notice of filing re: morandum in opposition; draft and send letter to Judge Cole with notice of filing and memorandum; draft and send e-mail to Jeff Knuckles with notice; draft and send e-mail to Bradley Manewith, opposing counsel. | 1.20 | 360.00 |
| SUBTOTAL: | [    8.70 | 2,610.00] |
| For professional services rendered | | $2,610.00 |

Jeffry Knuckles                                                    Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | |
| 7/16/2009 | Copying cost on July 16, 2009. | 3.30 |
| 7/31/2009 | Copying cost on July 31, 2009. | 14.85 |
| | SUBTOTAL: | [    18.15] |
| | Total additional charges | $18.15 |
| | Total amount of this bill | $2,628.15 |
| | Previous balance | $2,329.36 |
| | Accounts receivable transactions | |
| 7/29/2009 | Payment. Thank you. Check No. 1146. | ($2,329.36) |
| | Total payments and adjustments | ($2,329.36) |
| | Balance due | $2,628.15 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| James A. McGurk | 8.70 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

September 02, 2009

Invoice #     10379

Professional Services

| | Hours | Amount |
|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | |
| 8/7/2009 Review Plaintiffs reply in support of motion for notification to opt in class. | 0.40 | 120.00 |
| 8/8/2009 Telephone conference with Jeffry Knuckles re: reply of plaintiff in support of motion; review cases cited by plaintiff in reply in support of motion for notice to opt in class. | 1.00 | 300.00 |
| 8/21/2009 Telephone conference with Jeffry Knuckles re: passing of Quigley's Irish Pub record keeper re: payroll records; discuss impact on proceedings. | 0.30 | 90.00 |
| SUBTOTAL: | [ 1.70 | 510.00] |
| For professional services rendered | | $510.00 |

Jeffry Knuckles                                                Page   2

    Additional Charges :

                                                      Amount

    Melody Dominguez v. Quigley's Irish Pub, Inc.

8/17/2009  Postage between July 17-August 16, 2009.                4.34

    SUBTOTAL:                                    [      4.34]

    Total additional charges                           $4.34

    Total amount of this bill                        $514.34

    Previous balance                               $2,628.15

    Accounts receivable transactions

8/19/2009  Payment. Thank you. Check No. 1167.                ($2,628.15)

    Total payments and adjustments                ($2,628.15)

    Balance due                                     $514.34

Timekeeper Summary

| Name | Hours | Rate |
| --- | --- | --- |
| James A. McGurk | 1.70 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

October 01, 2009

Invoice #      10386

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | | |
| 9/14/2009 | Appear before Judge Cole on defendant's motion; confer with Jeff Knuckles re: draft letter to all employees. | 1.30 | 390.00 |
| 9/15/2009 | Review draft letter to be sent to all present and former employees of Quigley's Irish Pub; confer with Jeffry Knuckles re: letter to former employee. | 0.40 | 120.00 |
| 9/18/2009 | Review e-mail with proposed agreed order re: tolling agreement. | 0.50 | 150.00 |
| 9/28/2009 | Telephone conference with Jeffry J. Knuckles re: list of former employees and letter to opposing counsel. | 0.40 | 120.00 |
| 9/29/2009 | Review e-mail to Nancy Quigley re: contact with former employees; telephone conference with Jeffry Knuckles. | 0.30 | 90.00 |
| | SUBTOTAL: | [   2.90 | 870.00] |

Jeffry Knuckles                                                             Page   2

|  | Amount |
|---|---|
| For professional services rendered | $870.00 |
| Previous balance | $514.34 |
| Accounts receivable transactions | |
| 9/17/2009  Payment. Thank you. Check No. 1204. | ($514.34) |
| Total payments and adjustments | ($514.34) |
| Balance due | $870.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 2.90 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

November 03, 2009

Invoice #     10394

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | Melody Dominguez v. Quigley's Irish Pub, Inc. | | |
| 8/18/2009 | Telephone call to Jeffry Knuckles re: tolling agreement and decision not to request oral argument on motion to send notice. | 0.30 | NO CHARGE |
| 10/19/2009 | Telephone conference with Jeff Knuckles re: hearing before Judge Cole. | 0.30 | 90.00 |
| 10/28/2009 | Review draft requests for admissions pursuant to F.R.Civ.P. 36. | 0.40 | 120.00 |
| | SUBTOTAL: | [      1.00 | 210.00] |
| | For professional services rendered | | $210.00 |

Jeffry Knuckles

Page   2

Additional Charges :

| | Amount |
|---|---:|

Melody Dominguez v. Quigley's Irish Pub, Inc.

| | | |
|---|---|---:|
| 10/8/2009 | Pacer cost. | 4.40 |
| | SUBTOTAL: | [      4.40] |
| | Total additional charges | $4.40 |
| | Total amount of this bill | $214.40 |
| | Previous balance | $870.00 |
| | Accounts receivable transactions | |
| 10/19/2009 | Payment. Thank you. Check No. 1243. | ($870.00) |
| | Total payments and adjustments | ($870.00) |
| | Balance due | $214.40 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| James A. McGurk | 0.70 | 300.00 |
| James A. McGurk | 0.30 | 0.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497


Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540


January 06, 2010

Invoice #    10412


Professional Services

| | Hours | Amount |
|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** | | |
| 11/3/2009  Telephone conference with Jeffry Knuckles re: discovery issues. | 0.40 | 120.00 |
| 11/6/2009  Telephone call to Jeffry Knuckles re: draft of request to admit; review exhibits to be produced to plaintiff. | 0.40 | 120.00 |
| 12/4/2009  Attend hearing on motion before Judge Cole. | 0.50 | 150.00 |
| 12/9/2009  Review e-mail from Jeffry Knuckles re: meeting with Nancy Quigley re: response to discovery from plaintiff; send e-mail re: meeting and responses to discovery. | 0.30 | 90.00 |
| 12/21/2009  Drive to Naperville, IL; meet with Jeff Knuckles, Nick Gallasso, Nancy Quigley and Michelle Michael; review discovery requests from plaintiff; drive to Chicago, IL. | 4.20 | 1,260.00 |
| 12/30/2009  Review F.R.Civ.P. 26 disclosures of plaintiff. | 0.40 | 120.00 |

Jeffry Knuckles                                                 Page   2

|                                                    | Hours | Amount |
|----------------------------------------------------|-------|--------|
| SUBTOTAL:                                       [ | 6.20  | 1,860.00] |
| For professional services rendered                 |       | $1,860.00 |
| Previous balance                                   |       | $214.40 |
| Accounts receivable transactions                   |       |        |
| 11/20/2009 Payment. Thank you.  Check No. 1280.    |       | ($214.40) |
| Total payments and adjustments                     |       | ($214.40) |
| Balance due                                        |       | $1,860.00 |

### Timekeeper Summary

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| James A. McGurk | 6.20  | 300.00 |

# LAW OFFICES OF JAMES A. McGURK, P.C.

SUITE 3300
10 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603

TELEPHONE (312) 236-8900
FACSIMILE (312) 277-3497

April 5, 2010

**Via Electronic Mail and**
**Fax: (630) 428-8890**

Jeffrey J. Knuckles, Esq.
Nyberg & Cassioppi, LLC
1111 South Washington Street
Suite 100
Naperville, IL 60540

>       Re:     **Statement for January – March, 2010**
>               *In re:  Dominguez v. Quigley's Irish Pub and*
>               *Duffy v. Orlan Brook Condo Association*

Dear Jeff:

Enclosed please find my statement for legal services and out of pocket expenses in the above captioned matters, rendered between January 1 – March 31, 2010. As you know, I did not submit a separate statement for January and February, 2010. As per our agreement, I have billed my time out at $300 per hour. The total amount due for this time frame is $2,061.25. The statement reflects the $1,860.00 payment received on February 10, 2010. Thank you for that payment. Please call me at (312) 236-9000 if you have any questions.

Thank you for your confidence in me.

Sincerely,

James A. McGurk

JAMcG/ed

Enclosure:
        As stated above

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

April 05, 2010

Invoice #     10427

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | Melody Dominguez v. Quigley's Irish Pub, Inc. | | |
| 1/7/2010 | Telephone conference with Jeffry J. Knuckles re: service of responsive brief on Judge Cole; discuss discovery responses. | 0.30 | 90.00 |
| 2/3/2010 | Review e-mail from plaintiffs counsel re: extension of time for responding to requests to admit. | 0.30 | 90.00 |
| 2/5/2010 | Dominguez v. Quigley's Irish Pub, oral argument, Judge Cole. | 1.50 | 450.00 |
| 2/8/2010 | Telephone conference with Jeffry Knuckles re: argument and date for status before Judge Cole; review e-mail from plaintiffs counsel with notice of proposed order. | 0.50 | 150.00 |
| 2/9/2010 | Telephone conference re: F.R.Civ.P. 26 order; discuss issues re: depositions. | 0.40 | 120.00 |
| 2/11/2010 | Review e-mail with proposed order; telephone conference with Jeffry Knuckles. | 0.40 | 120.00 |

Jeffry Knuckles

Page   2

| | | Hours | Amount |
|---|---|---|---|
| 2/20/2010 | Review Plaintiffs Objections to Defendants F.R.Civ.P. 36 Requests for Admissions. | 0.40 | 120.00 |
| 3/3/2010 | Telephone call to Jeffry Knuckles re: status of discovery; review schedule previously set re: discovery; review Plaintiffs Objections and Answers to Defendants First Set of Interrogatories. | 0.60 | 180.00 |
| 3/6/2010 | Review Plaintiffs Second Set of Interrogatories and Plaintiff's Second Set of Document Requests | 0.40 | 120.00 |
| 3/23/2010 | Telephone conference with Jeff Knuckles re: discovery issues; discuss motion for a protective order. | 0.40 | 120.00 |
| 3/26/2010 | Telephone conference with Jeff Knuckles re: plaintiff's request for copy of hard drive used by Quigley's Irish Pub; discuss inspection of premises. | 0.50 | 150.00 |
| 3/27/2010 | Review discovery letter from J. Knuckles to B. Manewith re: review of computer system. | 0.30 | 90.00 |

SUBTOTAL:                                                            [      6.00      1,800.00]

Norma Duffy v. Orlan Brook Condo Association

| 3/19/2010 | Draft and file revised summons; file complaint; send pleadings to Jeffry J. Knuckles for service upon defendant condo association. | 0.80 | 240.00 |

SUBTOTAL:                                                            [      0.80       240.00]

For professional services rendered                                                    $2,040.00

Jeffry Knuckles

Page    3

Additional Charges :

|  |  | Amount |
|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub, Inc.** |  |  |
| 3/8/2010 Copying cost on March 5, 2010. |  | 1.90 |
| SUBTOTAL: |  | [      1.90] |
| **Norma Duffy v. Orlan Brook Condo Association** |  |  |
| 3/19/2010 Copying cost. |  | 19.35 |
| SUBTOTAL: |  | [    19.35] |
| Total additional charges |  | $21.25 |
| Total amount of this bill |  | $2,061.25 |
| Previous balance |  | $1,860.00 |
| Accounts receivable transactions |  |  |
| 2/10/2010 Payment. Thank you. Check No. 1384. |  | ($1,860.00) |
| Total payments and adjustments |  | ($1,860.00) |
| Balance due |  | $2,061.25 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 6.80 | 300.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

May 03, 2010

Invoice #    10442

Professional Services

| | Hours | Amount |
|---|---|---|
| 4/9/2010 Telephone conference with Jeffry Knuckles re: draft motion for protective order; review draft and send comments to Jeff Knuckles. | 0.50 | 150.00 |
| 4/14/2010 Telephone call to Jeffry Knuckles re: motion for protective order; review motion and notice of motion; legal research re: discovery issues. | 0.50 | 150.00 |
| 4/15/2010 Telephone conference with Jeffry J. Knuckles re: motion for protective order before Judge Cole; discuss issues re: discovery and potential motion for summary judgment. | 0.40 | 120.00 |
| 4/16/2010 Telephone conference with Judge Cole's chambers re: motion for protective order; telephone conference with Jeff Knuckles. | 0.40 | 120.00 |
| 4/19/2010 Appear before Judge Cole on motion for protective order; telephone conference with Jeffry Knucklesr re: decision of Judge Cole; review order entered by Judge Cole; review issue of access to electronic records. | 1.20 | 360.00 |
| For professional services rendered | | $900.00 |

Quigley's Irish Pub

Page    2

|  | Amount |
|---|---|
| Balance due | $900.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 3.00 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

July 08, 2010

Invoice #    10444

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Melody Dominguez v. Quigley's Irish Pub** | | |
| 5/3/2010 | Draft and send e-mail to Jeff Knuckles re: issue of electronic discovery. | 0.40 | 120.00 |
| 5/11/2010 | Review amended notice of inspection re: 5/18/2010 examination of Quigley's location. | 0.30 | 90.00 |
| 5/14/2010 | Review settlement letter from plaintiff's counsel; draft and file motion for extension of time; serve opposing counsel; draft and send letter to U.S. Magistrate Judge Cole. | 1.50 | 450.00 |
| 5/15/2010 | Draft and send e-mail re: settlement letter from plaintiff's counsel. | 0.20 | 60.00 |
| 5/20/2010 | Telephone call to Jeffry Knuckles re: meeting with defense counsel and expert during inspection of property. | 0.50 | 150.00 |
| 6/1/2010 | Attend status report before Judge Cole; confer with Jeffry Knuckles re: settlement offer issue; confer with opposing counsel | 0.90 | 270.00 |

Quigley's Irish Pub                                                        Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 6/19/2010 | Review letter re: video of inspection of premises. | 0.20 | 60.00 |
| 6/24/2010 | Telephone conference with Jeffry J. Knucles re: requests to admit and additional discovery. | 0.30 | 90.00 |
| 6/29/2010 | Review Notices of Depositions for Andrew Nosek, Nancy Quigley, Michelle Michael, and Chris Baggett | 0.50 | 150.00 |
| | SUBTOTAL: | [    4.80 | 1,440.00] |
| | For professional services rendered | | $1,440.00 |
| | Previous balance | | $900.00 |
| | Accounts receivable transactions | | |
| 6/3/2010 | Payment. Thank you. | | ($900.00) |
| | Total payments and adjustments | | ($900.00) |
| | Balance due | | $1,440.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 4.80 | 300.00 |

# Law Offices of James A. McGurk, P.C.

## Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

August 05, 2010

Invoice #    10451

Professional Services

| | Hours | Amount |
|---|---|---|
| Melody Dominguez v. Quigley's Irish Pub | | |
| 7/3/2010 Review discovery from counsel for plaintiffs; draft and send e-mail to Jeff Knuckles re: dates of depositions. | 0.30 | 90.00 |
| 7/14/2010 Review e-mail from Jeff Knuckles re: deposition schedule; review discovery produced by plaintiff. | 0.30 | 90.00 |
| 7/19/2010 Telephone conference with Jeff Knuckles re: issue of deposition of Michele Michael and opinion testimony. | 0.30 | 90.00 |
| 7/20/2010 Telephone conference with Jeffrey Knuckles re: status before Judge Cole. | 0.40 | 120.00 |
| 7/21/2010 Review response to Melody Dominguez to request for admissions; legal research re: response to request for admissions. | 0.40 | 120.00 |
| 7/23/2010 Review plaintiffs responses to request to admit; review responses to interrogatories. | 0.50 | 150.00 |

Quigley's Irish Pub

Page   2

|  | Hours | Amount |
|---|---|---|
| 7/26/2010 Draft and send e-mail to Jeffry Knuckles re: preparation for depositions. | 0.30 | 90.00 |
| 7/29/2010 Telephone conference with Jeffry Knuckles re: depositions in Naperville, IL; discuss issue of difference between answers to requests to admit and deposition answers. | 0.40 | 120.00 |

| | | |
|---|---|---|
| SUBTOTAL: | [    2.90 | 870.00] |

For professional services rendered                                            $870.00

Additional Charges :

<u>Melody Dominguez v. Quigley's Irish Pub</u>

| | | |
|---|---|---|
| 7/21/2010 Copying cost on July 21, 2010. | | 1.14 |
| SUBTOTAL: | [ | 1.14] |

Total additional charges                                                         $1.14

Total amount of this bill                                                       $871.14

Previous balance                                                             $1,440.00

Accounts receivable transactions

8/16/2010 Payment. Thank you. Check No. 1585.                          ($1,000.00)

Total payments and adjustments                                         ($1,000.00)

Balance due                                                                  $1,311.14

Quigley's Irish Pub                                                    Page    3

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 2.90 | 300.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900                                                                    Fax (312) 277-3497


Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540


September 07, 2010

Invoice #     10457


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Melody Dominguez v. Quigley's Irish Pub** | | |
| 8/19/2010 | Telephone call from Jeffry Knuckles re: depositions and trial schedule; discuss hearing before Judge Cole to set trial. | 0.30 | 90.00 |
| 8/30/2010 | Telephone call from Jeffry Knuckles re: close of discovery and strategy re: motion practice prior to trial. | 0.40 | 120.00 |
| | SUBTOTAL: | [    0.70 | 210.00] |
| | For professional services rendered | | $210.00 |

Quigley's Irish Pub                                                                 Page   2

     Additional Charges :

|  | Amount |
|---|---|

     <u>Melody Dominguez v. Quigley's Irish Pub</u>

| | | |
|---|---|---|
| 8/26/2010 Pacer cost. | | 9.04 |
| SUBTOTAL: | [ | 9.04] |
| Total additional charges | | $9.04 |
| Total amount of this bill | | $219.04 |
| Previous balance | | $1,311.14 |
| Balance due | | $1,530.18 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 219.04 | 871.14 | 440.00 | 0.00 | 0.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 0.70 | 300.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

October 01, 2010

Invoice #     10468

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Melody Dominguez v. Quigley's Irish Pub** | | |
| 9/3/2010 | Review motion to file amended complaint set for Tuesday, 9/7/2010; send e-mail to Jeff Knuckles re: hearing before Judge Cole. | 0.40 | 120.00 |
| 9/7/2010 | Meet with Jeff Knuckles re: motion for leave to file amended complaint; appear before Judge Cole on status; confer with opposing counsel. | 1.50 | 450.00 |
| 9/16/2010 | Telephone conference with Jeffry Knuckles re: issues in Dominguez v. Quigley Irish Pub and potential motions for summary judgment. | 0.40 | 120.00 |
| 9/21/2010 | Telephone call to Jeffry Knuckles re: date for dispositive motions; telephone conference with Bradley Manewith; telephone conference with Judge Cole's minute clerk. | 0.60 | 180.00 |

Quigley's Irish Pub

Page 2

| | | Hours | Amount |
|---|---|---|---|
| 9/24/2010 | Telephone conference with Nick Galaso of J. Knuckles office re: draft motion for extension of briefing schedule re: cross motions for summary judgment; revise draft motion for extension of briefing schedule. | 0.50 | 150.00 |
| 9/27/2010 | Draft and revise motion for extension of time to file cross motions for summary judgment; confer with plaintiff's counsel. | 0.50 | 150.00 |
| 9/28/2010 | File and serve motion for extension of time to file cross motions for summary judgment. | 0.40 | 120.00 |

SUBTOTAL:    [    4.30    1,290.00]

For professional services rendered    $1,290.00

Additional Charges :

<u>Melody Dominguez v. Quigley's Irish Pub</u>

9/30/2010  Copying cost on September 28, 2010.    12.59

SUBTOTAL:    [    12.59]

Total additional charges    $12.59

Total amount of this bill    $1,302.59

Previous balance    $1,530.18

Accounts receivable transactions

9/8/2010  Payment. Thank you. Check No. 1607.    ($475.00)
9/20/2010  Payment. Thank you. Check No. 1617.    ($1,055.18)

Total payments and adjustments    ($1,530.18)

Quigley's Irish Pub

Page   3

_____ Amount

Balance due

$1,302.59

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 4.30 | 300.00 |

# LAW OFFICES OF JAMES A. McGURK, P.C.

SUITE 3300
10 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603
———
TELEPHONE (312) 236-8900
FACSIMILE (312) 277-3497

January 4, 2011

**Via Electronic Mail and**
**Fax: (630) 428-8890**

Jeffrey J. Knuckles, Esq.
Nyberg & Cassioppi, LLC
1111 South Washington Street
Suite 100
Naperville, IL 60540

      **Re:**    **Statement for October - December, 2010**
             *In re: Dominguez v. Quigley's Irish Pub*

Dear Jeff:

      Enclosed please find my statement for legal services and out of pocket expenses in the above captioned matter, rendered between October - December, 2010. As you can see, the amount due for this matter is $2,056.01. The statement reflects the $1,302.59 payment received on November 1, 2010. Thank you for that payment.

      Please call me at (312) 236-8900 if you have any questions. Thank you for your confidence in me.

                   Sincerely,

                   James A. McGurk

JAMcG/ed

Enclosure:
      As stated above

20110104.JeffKnuckels.letter.October-DecemberStatement.knuckles.wpd

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

January 04, 2011

Invoice #    10484

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Melody Dominguez v. Quigley's Irish Pub** | | |
| 10/13/2010 | Meet with Jeff Knuckles re: preparation for cross motions for summary judgment. | 0.50 | 150.00 |
| 11/5/2010 | Telephone conference with Jeffry J. Knuckles re: motion for summary judgment on behalf of Quigley's Irish Pub. | 0.40 | 120.00 |
| 11/8/2010 | File electronic version of Quigley's Irish Pub motion for summary judgment; file and serve hard copy of Quigley's motion for summary judgment; confer with Judge Cole's staff; send e-mail to Jeff Knuckles re: filing motion for summary judgment. | 0.90 | 270.00 |
| 11/11/2010 | Draft and send e-mail to Jeff Knuckles re: the briefing schedule on the motion for summary judgment and Exhibits I and J to Plaintiffs Motion for Summary Judgment. | 0.20 | 60.00 |

Quigley's Irish Pub                                                          Page  2

|  |  | Hours | Amount |
|---|---|---|---|
| 11/12/2010 | Telephone call from Jeffry Knuckles re: motion for summary judgment briefing schedule; review pleadings filed by Melody Dominguez in support of plaintiffs motion for summary judgment. | 0.80 | 240.00 |
| 12/1/2010 | Telephone call to Jeffry Knuckles re: potential for Rule 11 motion; review order from U.S. Magistrate Judge Cole re: continuation of status date; review request for response from plaintiffs counsel re: factual disputes. | 0.60 | 180.00 |
| 12/7/2010 | Telephone call to Jeffry Knuckles re: filing response to Defendants' Motion for Summary Judgment. | 0.50 | 150.00 |
| 12/8/2010 | Draft and send letter to Judge Jeffrey N. Cole with courtesy copy of Defendants Response to Plaintiffs' Motion for Summary Judgment; file and serve response electronically. | 1.00 | 300.00 |
| 12/21/2010 | Telephone conference with Nicholas Glasso re: filing reply on 12/22/2010; review draft reply. | 0.50 | 150.00 |
| 12/22/2010 | File reply electronically with court and serve opposing counsel; draft letter to Judge Cole with reply to plaintiffs memorandum in opposition to motion for summary judgment; deliver letter to Judge Cole chambers; review reply of plaintiffs to defendants motion for summary judgment. | 1.00 | 300.00 |
| | SUBTOTAL: | [          6.40 | 1,920.00] |

For professional services rendered                                          $1,920.00

Additional Charges :

Melody Dominguez v. Quigley's Irish Pub

| 11/9/2010 | Copying cost on November 8, 2010. | 125.02 |
|---|---|---|
| 12/17/2010 | Copying cost. | 2.44 |
| 12/28/2010 | Copying cost on December 22, 2010. | 8.55 |
| | SUBTOTAL: | [          136.01] |

Quigley's Irish Pub                                                      Page    3

|                                                        | Amount      |
|--------------------------------------------------------|-------------|
| Total additional charges                               | $136.01     |
| Total amount of this bill                              | $2,056.01   |
| Previous balance                                       | $1,302.59   |
| Accounts receivable transactions                       |             |
| 11/1/2010  Payment. Thank you. Check No. 1672          | ($1,302.59) |
| Total payments and adjustments                         | ($1,302.59) |
| Balance due                                            | $2,056.01   |

## Timekeeper Summary

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| James A. McGurk | 6.40  | 300.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL  60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

March 06, 2011

Invoice #    10499

Professional Services

| | Hours | Amount |
|---|---|---|
| **Melody Dominguez v. Quigley's Irish Pub** | | |
| 1/6/2011 Telephone call to Jeffry Knuckles re: hearing on 1/07/11 and status of motions for summary judgment. | 0.30 | 90.00 |
| 1/10/2011 Meet with Jeffry Knuckles and Nancy Quigley re: status; appear before Judge Cole on status; discuss issues re: cross motions for summary judgmennt. | 1.50 | 450.00 |
| 1/12/2011 Review and file answer of defendants; deliver hard copy to Judge Cole's chambers. | 0.50 | 150.00 |
| 2/2/2011 Telephone conference with Judge Cole's chambers re: change of date for status. | 0.30 | 90.00 |
| 2/23/2011 Telephone conference with Judge Cole's chambers re: changing status date to March 31, 2011; telephone conference with Nick Galasso re: new date. | 0.40 | 120.00 |

Quigley's Irish Pub                                                                    Page   2

|  |  | Hours | Amount |
|---|---|---|---|
| 2/28/2011 | Telephone conference with Nick Galasso re: change of status date to 3/31/2011. | 0.30 | 90.00 |
|  | SUBTOTAL: | [      3.30 | 990.00] |
|  | For professional services rendered |  | $990.00 |

Additional Charges :

Melody Dominguez v. Quigley's Irish Pub

| 1/20/2011 | Postage cost between December 17, 2010 - January 16, 2011. |  | 4.20 |
|---|---|---|---|
| 2/18/2011 | Pacer cost between October 1 - December 31, 2010. |  | 2.05 |
|  | SUBTOTAL: |  | [      6.25] |
|  | Total additional charges |  | $6.25 |
|  | Total amount of this bill |  | $996.25 |
|  | Previous balance |  | $2,056.01 |

Accounts receivable transactions

| 2/11/2011 | Payment. Thank you. Check No. 1768. |  | ($2,056.01) |
|---|---|---|---|
|  | Total payments and adjustments |  | ($2,056.01) |
|  | Balance due |  | $996.25 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James A. McGurk | 3.30 | 300.00 |

# Law Offices of James A. McGurk, P.C.

### Attorney at Law

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

(312) 236-8900

Fax (312) 277-3497

Quigley's Irish Pub
c/o Jeffry Knuckles
1111 South Washington Street
Suite 100
Naperville, IL 60540

August 01, 2011

Invoice #    10516

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | Melody Dominguez v. Quigley's Irish Pub | | |
| 5/24/2011 | Review memorandum opinion; draft and send e-mail with copy of opinion to Jeff Knuckles. | 0.80 | 240.00 |
| 5/25/2011 | Review memorandum opinion; telephone conference with Jeffrey Knuckles re: impact of decision; schedule meeting on 6/1/2011. | 0.80 | 240.00 |
| 5/31/2011 | Telephone call from Jeffry Knuckles re: meeting on 6/1/2011 in Naperville, IL re: opinion of Judge Cole. | 0.40 | 120.00 |
| 6/1/2011 | Meet with Jeff Knuckles and Nancy Quigley at Quigley's Irish Pub to discuss potential resolution. | 1.50 | 450.00 |
| 6/7/2011 | Meet with Jeff Knuckles re: hearing before Judge Cole following decision; telephone call to Jeffry Knuckles re: hearing before Judge Cole. | 1.80 | 540.00 |

Quigley's Irish Pub                                                                     Page   2

|  |  | Hours | Amount |
|---|---|---|---|
| 6/17/2011 | Telephone call from Jeffry Knuckles re: issue of 7/11/2011 settlement conference. | 0.30 | 90.00 |
| 6/21/2011 | Review order entered by Judge Cole re: June 6, 2011 discussion re: settlement hearing set for July 11, 2011. | 0.30 | 90.00 |
| 7/11/2011 | Meet with Jeff Knuckles and Nancy Quigley and Michelle Michael prior to settlement conference; appear before Judge Cole on settlement conference; participate in discussions re: settlement for Melody Dominguez. | 3.50 | 1,050.00 |
| 7/12/2011 | Reivew e-mail from plaintiffs counsel re: settlement and W-9 form. | 0.30 | 90.00 |
| 7/13/2011 | Review order of Judge Cole with settlement terms re: Melody Dominguez. | 0.30 | 90.00 |
| 7/28/2011 | Review motion to dismiss filed by defendants re: dismissal of Stephanie Hedron; appear before Judge Cole; confer with Jeffry Knuckles re: motion of Plaintiffs to dismiss one plaintiff without prejudice. | 1.00 | 300.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | | [    11.00 | 3,300.00] |

| For professional services rendered | $3,300.00 |
|---|---|
| Previous balance | $996.25 |

Accounts receivable transactions

| 4/1/2011 Payment. Thank you. Check No. 1859. | ($996.25) |
|---|---|
| Total payments and adjustments | ($996.25) |

| Balance due | $3,300.00 |
|---|---|

Quigley's Irish Pub                                                    Page    3

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| James A. McGurk | 11.00 | 300.00 |

## Melody Dominquez v. Quigley's Irish Pub
## James A. McGurk Billing Summary

| Invoice No. | Invoice Date | Invoice No. of Hours | Invoice Amount |
|---|---|---|---|
| 10339 | 6/3/2009 | 4.3 | $ 1,308.48 |
| 10354 | 6/29/2009 | 3.4 | $ 1,020.88 |
| 10373 | 8/4/2009 | 8.7 | $ 2,628.15 |
| 10379 | 9/2/2009 | 1.7 | $ 514.34 |
| 10386 | 10/1/2009 | 2.9 | $ 870.00 |
| 10394 | 11/3/2009 | 0.7 | $ 214.40 |
| 10412 | 1/6/2010 | 6.2 | $ 1,860.00 |
| 10427 | 4/5/2010 | 6.8 | $ 2,061.25 |
| 10442 | 5/3/2010 | 3 | $ 900.00 |
| 10444 | 7/8/2010 | 4.8 | $ 1,440.00 |
| 10451 | 8/5/2010 | 2.9 | $ 871.14 |
| 10457 | 9/7/2010 | 0.7 | $ 219.04 |
| 10468 | 10/1/2010 | 4.3 | $ 1,302.59 |
| 10484 | 1/4/2011 | 6.4 | $ 2,056.01 |
| 10499 | 3/6/2011 | 3.3 | $ 996.25 |
| 10516 | 8/1/2011 | 11 | $ 3,300.00 |
| | | | |
| TOTAL INVOICED: | | 71.1 | $ 21,562.53 |

**Nyberg & Cassioppi, LLC**
**1111 S Washington Street, Suite 100**
**Naperville, IL 60540**
**Phone: (630) 428-8888    Fax: (630) 428-8890**

June  5, 2009

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding:  Quigley's Litigation Defense
Invoice No: 701211

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 5/05/2009 | JJK | Review of new  FLSA case | 0.50 | $325.00 | $162.50 |
| 5/06/2009 | JJK | Meeting w/ client to discuss pending FLSA matter | 0.50 | $325.00 | $162.50 |
| 5/08/2009 | JJK | Review of complaint in N. Dist. of Ill. (Dominguez); Research statute and wage act; Research case of Cuevas v. Tsagalis matter (1986) re: wages and 'tip" credit; Review Ill. wage act, Portal-to-Portal Act and other relevant statutes; prepare for meeting w/ Jennifer; initial draft Appearance in Fed. Ct.; initial outline of Answer; Review Federal Rule/motion to dismiss | 4.00 | $325.00 | $1,300.00 |
| 5/11/2009 | JJK | Filed appearance for all defts.; Tel conf w/ pltf attny; Off conf w/ Jennifer; Begin Answer to complaint; Initiate research M/Dismiss individuals; Initial review of docs. for Answer and discovery compliance. | 3.00 | $325.00 | $975.00 |
| 5/22/2009 | JJK | Doc. review, prep. for and attend meeting w/ Jennifer and N.Q. re: prep. of responses | 1.50 | $325.00 | $487.50 |
| 5/26/2009 | JJK | Reply letter to pltf counsel re: settlement.  tel conf. w/ Jim McGurk and w/ N. Quigley re: discovery; draft Answer; review cases re: proper parties; document prep. for Req. to Admit | 4.50 | $325.00 | $1,462.50 |
| 5/27/2009 | JJK | Complete Answer and cc. attny McGurk; Complete 7.1 corporate disclosure statement; Tel conf. w/ Nancy Q re: Answer/review;  Continue production of exhibits for Req. to Admit. | 3.00 | $325.00 | $975.00 |

Nyberg & Cassioppi, LLC
Page No.:     2

|  |  | Total Fees | $5,525.00 |
|---|---|---|---|

**Expenses**

| 5/29/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | 1,308.48 | 1,308.48 | $1,308.48 |
|---|---|---|---|---|

|  | Total Expenses | $1,308.48 |
|---|---|---|

| Total New Charges |  | $6,833.48 |
|---|---|---|
| Previous Balance |  | $0.00 |
| Balance Due |  | $6,833.48 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

July 7, 2009


Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540


Regarding: Quigley's Litigation Defense
Invoice No 701240

## *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/01/2009 | JJK | Telephone conference with Jennifer W.; Review of copied exhibits; Meeting with N. Galasso re: Request to Admit Facts | 1.00 | $325.00 |
| 6/03/2009 | JJK | Conference with Jennifer re: documents | 1.00 | $325.00 |
| 6/03/2009 | JJK | Final review of answer and 7.1 disclosure; Filed same with Clerk, U.S. District Court | 0.25 | $81.25 |
| 6/03/2009 | NRG | Meeting with J. Knuckles and Jennifer; Research on FLSA and tip credit; Wrote memorandum on notice requirement. | 5.00 | $0.00 |
| 6/04/2009 | NRG | Research on Requests to Admit. | 2.00 | $0.00 |
| 6/05/2009 | NRG | Continued research on tip credit - legislative history, contrary lines of authority, etc. | 4.00 | $0.00 |
| 6/08/2009 | NRG | Telephone call with Jennifer Weber. | 0.25 | $0.00 |
| 6/09/2009 | JJK | Review of order resetting the status hearing to 6/30; E-mail N. Quigley re: same; Set up conference for draft joint status report | 0.50 | $162.50 |
| 6/11/2009 | JJK | Preview documents/discs from Jennifer; Review posters from Federal and Illinois Dept. of Labor as exhibits; | 1.25 | $406.25 |

Nyberg & Cassioppi, LLC
Page No.:    2

Begin Request to Admit facts; Contact J. McGurk re:
joint status report for 6/25

| | | | | |
|---|---|---|---|---|
| 6/12/2009 | JJK | Continue drafting Request to Admit; Correspondence to defendant's counsel | 1.25 | $406.25 |
| 6/17/2009 | JJK | Telephone conference with Plaintiff's attorney re: joint status due 6/25; Confirm with J. McGurk; Review group exhibit #75 (actual canceled checks) | 0.25 | $81.25 |
| 6/24/2009 | JJK | Review, comments, and redraft of joint status order; Correspondence with plaintiff's attorney and co-counsel. | 0.50 | $162.50 |
| 6/25/2009 | JJK | Draft and file Rule 73 consent to transfer to Magistrate Cole; Telephone conference with Plaintiff's attorney and co-counsel J. McGurk | 1.25 | $406.25 |
| 6/26/2009 | JJK | Meeting with N. Quigley; Telephone conference with J. McGurk and plaintiff's attorney re: discovery; Review of court order setting 7/8 | 1.00 | $325.00 |
| 6/29/2009 | JJK | Miscellaneous telephone conferences re: changing date from 7/8 at plaintiff's request. | 0.25 | $81.25 |

|  |  |  |
|---|---|---|
| Subtotal: | 19.75 | $2,762.50 |

**Expenses**
6/30/2009

| | | |
|---|---|---|
| Legal Fees - Law Offices of James A. McGurk, P.C. | | $1,020.88 |
| Subtotal: | | $1,020.88 |
| TOTAL: | | $3,783.38 |
| PREVIOUS BALANCE: | | $6,833.48 |
| TOTAL PAYMENTS AND CREDITS: | | $-3,500.00 |

Nyberg & Cassioppi, LLC
Page No.:     3

BALANCE DUE:          $7,116.86

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

August  6, 2009


Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540


Regarding: Quigley's Litigation Defense
Invoice No  701296

## *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/06/2009 | JJK | Prepare for and attend meeting with client(s) re: affidavit preparation and review of exhibits/law of the matter | 1.50 | $487.50 |
| 7/16/2009 | JJK | Research review of statute and recent cases re: opt-in standards in 7th cir.; Misc. telephone conference with J. McGurk; Review of filed Pacer documents in Fed. Ct. system, including standing order of Judge Cole; Prepared for hearing on status; Mail all to N. Quigley for her reference with letter. | 3.00 | $975.00 |
| 7/17/2009 | JJK | Status with Judge Cole; Arguments; Orders entered | 1.00 | $325.00 |
| 7/21/2009 | JJK | Memo in opposition to Motion to Notify Class; Telephone conference with client re: affidavit; Telephone conference with J. McGurk re: arguments for protective order | 3.50 | $1,137.50 |
| 7/22/2009 | JJK | Redraft tolling agreement; Correspondence/e-mail to co-counsel and to plaintiff's attorney with e-signature for the court; Telephone conference with Jennifer re: affidavits for protective order; Outline protective order and review of "solicitation" cases. | 2.00 | $650.00 |
| 7/23/2009 | JJK | Prepare for and attend client office conference with Nancy and Michele; Complete draft of Memo in opposition to motion for opt-in, including affidavit for | 2.50 | $812.50 |

Nyberg & Cassioppi, LLC
Page No.:   2

Michele re: contacts;  Telephone conference with Jim
McGurk re update.

| | | | | |
|---|---|---|---|---|
| 7/23/2009 | RAN | Meeting with N. Quigley, M. Michael and J. Knuckles | 0.75 | No Charge |
| 7/27/2009 | JJK | Affidavit for Michele | 0.50 | $162.50 |
| 7/30/2009 | JJK | Filed Memo in Opposition, with 4 attachments; Telephone conference with McGurk re: filing hard copy with Judge Cole | 0.50 | $162.50 |

Subtotal:   22.75    $4,712.50

**Expenses**

| | | |
|---|---|---|
| 7/08/2009 | Research - PACER Fees | $0.64 |
| 8/06/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | $2,628.15 |

Subtotal:    $2,628.79

TOTAL:    $7,341.29

PREVIOUS BALANCE:    $7,116.86

TOTAL PAYMENTS AND CREDITS:    $-4,354.36

BALANCE DUE:    $10,103.79

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

September  3, 2009

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding:  Quigley's Litigation Defense
Invoice No  701327

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/19/2009 | JJK | Correspondence to Nancy re: filed briefs, with copies | 0.50 | $162.50 |
| | | Subtotal: | 0.50 | $162.50 |

### *Expenses*

| | | | |
|------|-------------|-------------|---------|
| 8/31/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $514.34 |
| | Subtotal: | | $514.34 |
| | TOTAL: | | $676.84 |
| | PREVIOUS BALANCE: | | $10,103.79 |
| | TOTAL PAYMENTS AND CREDITS: | | $-5,000.00 |
| | BALANCE DUE: | | $5,780.63 |

## NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

October 2, 2009

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701380

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/14/2009 | JJK | Court appearance and arguments against class certification; Review of cited cases; Digest of key cases for argument; Conference with attorney McGurk; Order entered; Telephone conference with client re: meeting; Draft letter to employees; Continue work on Request. to Admit documents | 3.00 | $975.00 |
| 9/15/2009 | JJK | Prepare for and attend office meeting with N. Quigley; Review of court proceedings; Strategy and bookkeeper issue | 0.75 | $243.75 |
| 9/18/2009 | JJK | Letters to all current/former employees (servers/bartenders) | 1.25 | $406.25 |
| 9/28/2009 | JJK | Employee list to plaintiff's counsel with letter; CC attorney McGurk | 0.50 | $162.50 |
| 9/29/2009 | JJK | Continue work on Request to Admit; Review and organization of documents for production; Report e-mail to N. Quigley | 3.00 | $975.00 |
| | | Subtotal: | 16.00 | $2,762.50 |

### Expenses

| | | | |
|------|---|---|---|
| 9/16/2009 | | Travel | $16.25 |

Nyberg & Cassioppi, LLC
Page No.:    2

| | | |
|---|---|---:|
| 9/21/2009 | Postage for mailing to current and former employees of Quigley's. | $19.36 |
| 9/30/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | $870.00 |
| | Subtotal: | $905.61 |
| | TOTAL: | $3,668.11 |
| | PREVIOUS BALANCE: | $5,780.63 |
| | TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| | BALANCE DUE: | $6,948.74 |

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

November 4, 2009

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701410

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/19/2009 | JJK | Attend and present arguments to J. Cole, status hearing in Federal Court.; Review of documents to produce | 3.00 | $975.00 |
| 10/28/2009 | JJK | Complete Draft Rule 36 Request and send to J. McGurk and clients long with CD. | 3.25 | $1,056.25 |
| | | Subtotal: | 13.75 | $2,031.25 |

## Expenses

| | | | |
|------|------|------|------|
| 10/30/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $214.40 |
| | Subtotal: | | $214.40 |

| | |
|---|---|
| TOTAL: | $2,245.65 |
| PREVIOUS BALANCE: | $6,948.74 |
| TOTAL PAYMENTS AND CREDITS: | $-3,000.00 |
| BALANCE DUE: | $6,194.39 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

January 7, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701536

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 12/04/2009 | JJK | Discovery documents from Plaintiff reviewed; Copied N. Quigley with correspondence | 0.50 | $162.50 |
| 12/09/2009 | JJK | Initial review of plaintiff's renewed motion with cases and outline of Response. | 2.25 | $731.25 |
| 12/30/2009 | JJK | Amend Response draft; Deposition notices for Melody and Stephanie; Telephone conference with Brad M. (plaintiff's attorney) re: discovery schedule; Begin interrogatory answers and production of documents for Stephanie's request to produce (personal file); Initiate request to produce to both plaintiffs | 3.50 | $1,137.50 |
| | | Subtotal: | 13.75 | $2,031.25 |

## Expenses

| | | | |
|------|-------------|---|---|
| 12/31/2009 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $1,860.00 |
| | Subtotal: | | $1,860.00 |
| | TOTAL: | | $3,891.25 |
| | PREVIOUS BALANCE: | | $6,194.39 |

Nyberg & Cassioppi, LLC
Page No.:    2

TOTAL PAYMENTS AND CREDITS:          $-2,500.00

BALANCE DUE:          $7,585.64

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
JENNIFER A. JOHNSON
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

February 8, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701580

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/05/2010 | JJK | Interrogatory answers and Reply to document request; Exhibit A (witness list); Miscellaneous calls to witnesses for interviews; Prepared for interviews | 3.00 | $975.00 |
| 1/05/2010 | JJK | Collate documents for production; Review and amend our Reply to Amended motion to conditionally certify class; Miscellaneous correspondence to plaintiff's counsel | 1.50 | $487.50 |
| 1/06/2010 | JJK | Completed, copied and mailed Responses to Document Request; Interrogatory Answers; Rule 36 Request to Admit Facts; Completed research and draft of Memo in opposition to plaintiff's amended motion with new affidavits to certify class;  copied clients and McGurk | 3.25 | $1,056.25 |
| 1/06/2010 | JJK | Witness interview (Urban); Electronic filing of Memo along with cases; Courtesy copy to court via McGurk | 0.50 | $162.50 |
| 1/07/2010 | JJK | Filed memo in opposition to renewed motion to certify class, along with supporting cases; Copies e-filed with all counsel. | 0.25 | $81.25 |
| 1/13/2010 | JJK | Interview with Ken Dvorek | 0.50 | $162.50 |
| 1/14/2010 | JJK | Interview with Chris Baggett; Correspondence with Michele; Initiate interrogatories; Correspondence with insurance company | 2.00 | $650.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

| | | | | |
|---|---|---|---|---|
| 1/20/2010 | JJK | Interview Peter Ward | 0.50 | $162.50 |
| 1/25/2010 | JJK | Completed and filed Rule 26 initial statement; Correspondence re Mann Insurance | 0.50 | $162.50 |
| 1/26/2010 | JJK | Completed and mailed Interrogatories and Request for Documents; Amended exhibit pages; Telephone conference with McGurk; Copies of Exhibits 81-86 to all counsel of record | 3.00 | $975.00 |

|  |  |  |
|---|---|---|
| Subtotal: | 22.50 | $4,875.00 |
| TOTAL: | | $4,875.00 |
| PREVIOUS BALANCE: | | $7,585.64 |
| TOTAL PAYMENTS AND CREDITS: | | $-5,000.00 |
| BALANCE DUE: | | $7,460.64 |

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

March 18, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No: 701630

## *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/02/2010 | JJK | Review of reply by Plaintiff to our response on the conditional certification issue; Miscellaneous correspondence re deposition schedules; Prepared for 2/5 argument | 1.25 | $406.25 |
| 2/04/2010 | JJK | Prepare for and attend hearing (2/5) on motion to conditionally certify class; Note objections to proposed Notice; Reviewed cases and pleadings; Arguments | 2.25 | $731.25 |
| 2/12/2010 | JJK | Office conference with Michele M. re court order, pleadings, strategy and timing of case. | 0.50 | $162.50 |
| 2/22/2010 | JJK | Review of plaintiff's Rule 36 answers to request to admit | 0.25 | $81.25 |
| | | Subtotal: | 11.75 | $1,381.25 |
| | | TOTAL: | | $1,381.25 |
| | | PREVIOUS BALANCE: | | $7,460.64 |
| | | TOTAL PAYMENTS AND CREDITS: | | $-2,500.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

BALANCE DUE:                  $6,341.89

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

OF COUNSEL
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

April 6, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No: 701666

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/02/2010 | JJK | Review of final "opt-in" notice sent from attorney for Dominguez with note re end of period on 4/5; Miscellaneous e-mails | 0.25 | $81.25 |
| 3/26/2010 | JJK | Office conference with Michele M. re recent discovery; Telephone conference with plaintiff attorney re discovery; Draft responses to 2nd interrogatories and 2nd document request | 1.50 | $487.50 |
| 3/26/2010 | JJK | Miscellaneous discovery correspondence with client, McGurk and Manewith | 0.25 | $81.25 |
| | | Subtotal: | 9.50 | $650.00 |

### Expenses

| | | | |
|------|-------------|---|---|
| 3/31/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $1,801.90 |
| | Subtotal: | | $1,801.90 |
| | TOTAL: | | $2,451.90 |
| | PREVIOUS BALANCE: | | $6,341.89 |
| | TOTAL PAYMENTS AND CREDITS: | | $-5,000.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

BALANCE DUE:          $3,793.79

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

OF COUNSEL
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

May 4, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No: 701689

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/08/2010 | JJK | Draft protective order to prevent hard-drive disclosure; Initial research into FRCP and draft order to be circulated to Plaintiff's counsel; Prepared exhibits for motion | 2.25 | $731.25 |
| 4/09/2010 | JJK | Research and draft initial memorandum; Proposed protective order to plaintiff's counsel | 1.00 | $325.00 |
| 4/09/2010 | JJK | Complete and mail answers to 2nd interrogatories and objections to 2nd request to produce. | 0.50 | $162.50 |
| 4/13/2010 | JJK | Complete and e-file Motion for protective order; Memo in support thereof; Notice of motion; Certificate of service. | 2.50 | $812.50 |
| | | Subtotal: | 13.75 | $2,031.25 |

### Expenses

| Date | Description | Charges |
|------|-------------|---------|
| 4/09/2010 | Research | $4.32 |
| 4/13/2010 | Federal Express Fee | $13.46 |
| 4/15/2010 | Parking Fee (2/5/10) | $29.00 |
| | Subtotal: | $46.78 |
| | TOTAL: | $2,078.03 |

Nyberg & Cassioppi, LLC
Page No.:    2

|  |  |
|---|---|
| PREVIOUS BALANCE: | $3,793.79 |
| TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| BALANCE DUE: | $3,371.82 |

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
ALICE M. WOOD
JEFFRY J. KNUCKLES
NATALIA V. KABBE

July 9, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701780

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/03/2010 | JJK | Miscellaneous telephone conferences with 24/7 Software; E-mails re "modifications". | 0.50 | $162.50 |
| 5/11/2010 | JJK | Prepare for and telephone conference call with computer expert re obtaining "metadata" | 0.75 | $243.75 |
| 5/18/2010 | JJK | Attend inspection of property; Telephone conference with software expert | 2.00 | $650.00 |
| 5/26/2010 | JJK | Follow-up additional documents from property inspection to attorney for Dominguez | 0.25 | $81.25 |
| 6/01/2010 | JJK | Status with Judge Cole; Conference with McGurk; Offer to Plaintiff's attorney. | 1.50 | $487.50 |
| 6/17/2010 | JJK | Miscellaneous e-mails and telephone conferences re: scheduling of depositions | 0.50 | $162.50 |
| 6/18/2010 | JJK | Telephone conference with plaintiff's attorney; E-mail deposition dates to N. Quigley and Michele; Copied J. McGurk | 0.50 | $162.50 |
| 6/21/2010 | JJK | Notice of depositions for Melody D. and Stephanie H. | 0.50 | $162.50 |
| 6/22/2010 | JJK | FRCP 36 Second Request to admit to plaintiff | 1.00 | $325.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

|  | | Subtotal: | 15.00 | $2,437.50 |

***Expenses***

| | | | |
|---|---|---|---|
| 4/30/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $900.00 |
| 6/30/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $1,440.00 |
| | Subtotal: | | $2,340.00 |
| | TOTAL: | | $4,777.50 |
| | PREVIOUS BALANCE: | | $3,371.82 |
| | TOTAL PAYMENTS AND CREDITS: | | $-2,500.00 |
| | BALANCE DUE: | | $5,649.32 |

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
---------
GREGORY R. HODDER

Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

August  6, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding:  Quigley's Litigation Defense
Invoice No  701843

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/14/2010 | JJK | Prepared for deposition of defense witnesses; Interviewed all witnesses to be deposed; Confirmed dates,etc.; Reviewed documents/exhibits | 4.25 | $1,381.25 |
| 7/19/2010 | JJK | Deposition of N. Quigley | 2.25 | $731.25 |
| 7/20/2010 | JJK | Status, Judge Cole;  Deposition of Michele Michael | 5.00 | $1,625.00 |
| 7/21/2010 | JJK | Depositions of C. Baggett and A. Nosek | 4.50 | $1,462.50 |
| | | Subtotal: | 23.50 | $5,200.00 |

### Expenses

| Date | Description | | Charges |
|------|-------------|--|---------|
| 7/31/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $871.14 |
| | Subtotal: | | $871.14 |
| | TOTAL: | | $6,071.14 |
| | PREVIOUS BALANCE: | | $5,649.32 |
| | TOTAL PAYMENTS AND CREDITS: | | $-2,500.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

BALANCE DUE:          $9,220.46

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
---------
GREGORY R. HODDER

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

September 8, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 701871

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/19/2010 | JJK | Prepared for and took depositions of M. Dominguez and S. Holdern | 3.25 | $1,056.25 |
| | | Subtotal: | 10.75 | $1,056.25 |

### *Expenses*

| Date | Description | Charges |
|------|-------------|---------|
| 8/31/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | $219.04 |
| | Subtotal: | $219.04 |

| | |
|---|---|
| TOTAL: | $1,275.29 |
| PREVIOUS BALANCE: | $9,220.46 |
| TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| BALANCE DUE: | $7,995.75 |

# NYBERG & CASSIOPPI, LLC

### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
---------
GREGORY R. HODDER

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

October  4, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No  701918

## *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/08/2010 | JJK | Attended status conference with Judge Cole; Reviewed amended complaint which formally added S. Holdren, dates for filings, and e-mail client | 2.00 | $650.00 |
| 9/08/2010 | JJK | Draft answer to amended complaint | 0.75 | $243.75 |
| 9/16/2010 | JJK | Office conference with Jim McGurk re: Summary Judgment and witnesses and documents.; Order deposition transcripts | 1.00 | $325.00 |
| 9/21/2010 | NRG | Researched summary judgment cases in 7th Cir. and IICLE federal practice chapter. | 1.00 | $150.00 |
| 9/23/2010 | NRG | Extracted language of the summary judgment standard from the most recent cases; Began drafting Memorandum supporting motion for SJ. | 1.00 | $150.00 |
| 9/24/2010 | NRG | Began drafting Statement of Material Facts in support of Motion for Summary Judgment. | 0.50 | $75.00 |
| 9/28/2010 | NRG | Telephone conference with J. McGurk re motion for extension. | 0.25 | No Charge |
| 9/29/2010 | NRG | Continued drafting Memorandum and Statement of Material Facts in support of motion for summary judgment. | 0.50 | $75.00 |

Nyberg & Cassioppi, LLC
Page No.:    2

|  | Subtotal: | 14.50 | $1,668.75 |

***Expenses***

| 9/07/2010 | Parking Fee | $24.00 |
| 9/30/2010 | Legal Fees - Law Offices of James A. McGurk, P.C. | $1,302.59 |
|  | Subtotal: | $1,326.59 |

|  | TOTAL: | $2,995.34 |
|  | PREVIOUS BALANCE: | $7,995.75 |
|  | TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
|  | BALANCE DUE: | $8,491.09 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW
1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
---------
GREGORY R. HODDER

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

November 3, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No: 701973

## *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/12/2010 | NRG | Revised Motion for Summary Judgment, Statement of Material Facts and Memorandum. | 1.00 | $150.00 |
| 10/13/2010 | JJK | Review of Plaintiff's transcripts; Outline Motion for Summary Judgment; Conference in Chicago with J McGurk re: Summary Judgment; Transcripts of all defendants. | 3.00 | $975.00 |
| 10/14/2010 | NRG | Reviewed deposition transcripts of M. Dominguez and S. Holdren. | 1.50 | $225.00 |
| 10/18/2010 | NRG | Drafted argument on issue of overtime for motion for summary judgment. | 2.00 | $300.00 |
| 10/25/2010 | NRG | Continued drafting Memorandum in Support of Motion for Summary Judgment. | 2.00 | $300.00 |
| 10/27/2010 | NRG | Emailed A. Schmidt re: affidavit on HSI time data; Meeting with J. Knuckles discussing motion for summary judgment and arguments for each issue. | 1.50 | No Charge |
| 10/28/2010 | NRG | Reviewed M. Michael deposition and pulled relevant testimony and citations. | 1.25 | $187.50 |
| 10/29/2010 | NRG | Reviewed depositions of N. Quigley, C. Baggett, and A. Nosek, and pulled relevant testimony and citations. | 2.75 | $412.50 |

Nyberg & Cassioppi, LLC
Page No.:    2

|  |  | Subtotal: | $2,550.00 |
|---|---|---|---|

***Expenses***

| | | | |
|---|---|---|---|
| 10/12/2010 | Deposition Transcription Fee - N. Quigley (7/19/10) | | $226.80 |
| 10/12/2010 | Deposition Transcription Fee - A. Nosek (7/21/10) | | $130.25 |
| 10/12/2010 | Deposition Transcription Fee - C. Baggett (7/21/10) | | $263.20 |
| 10/12/2010 | Deposition Transcription Fee - M. Michael (7/20/10) | | $525.45 |
| 10/13/2010 | Deposition Transcription Fee - M. Dominguez & S. Holdred (8/18/10) | | $452.60 |

|  | Subtotal: | $1,598.30 |
|---|---|---|
|  | TOTAL: | $4,148.30 |
|  | PREVIOUS BALANCE: | $8,491.09 |
|  | TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
|  | BALANCE DUE: | $10,139.39 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
----------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

December 6, 2010

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702033

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/01/2010 | NRG | Continued drafting Memorandum in Support of Motion for Summary Judgment. | 2.50 | $375.00 |
| 11/02/2010 | NRG | Continued drafting Memorandum in Support of Motion for Summary Judgment. | 2.50 | $375.00 |
| 11/03/2010 | NRG | Continued drafting Memorandum in Support of Motion for Summary Judgment and Statement of Material Facts; Meeting with J. Knuckles re: same; Began compiling exhibits with L. Harast. | 4.00 | $600.00 |
| 11/04/2010 | NRG | Exhibit preparation and organization; Meeting with J. Knuckles and L. Harast re: same. | 1.50 | $225.00 |
| 11/05/2010 | NRG | Finalized summary judgment materials; Letter to Judge Cole re: courtesy copy; Letter to B. Manewith re: Exhibit F hardcopy and courtesy copy to Judge Cole; Emails to J. McGurk regarding Judge Cole's courtesy copy via FedEx and ECF filing. | 2.50 | $500.00 |
| 11/30/2010 | NRG | Reviewed Plaintiffs' Motion for Summary Judgment. | 0.50 | No Charge |

Subtotal: $2,075.00

## Expenses

Nyberg & Cassioppi, LLC
Page No.:    2

| 11/02/2010 | Copy Fee - DOL Poster (4) | $127.76 |
| 11/02/2010 | Travel (Clerk) - 7.8 mi. x $.50 = $3.90 | $3.90 |
| 11/05/2010 | FedEx Fee - Mr. McGurk | $18.13 |
| 11/05/2010 | Copy Fee - FedEx Kinkos | $274.45 |

Subtotal:        $424.24

TOTAL:        $2,499.24

PREVIOUS BALANCE:        $10,139.39

TOTAL PAYMENTS AND CREDITS:        $-2,500.00

BALANCE DUE:        $10,138.63

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
KEVIN M. GALLAHER
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

January 4, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702095

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 12/03/2010 | NRG | Drafted Response to Plaintiffs' Motion for Summary Judgment. | 1.25 | $250.00 |
| 12/06/2010 | NRG | Drafted Response to Plaintiffs' Motion for Summary Judgment. | 3.00 | $600.00 |
| 12/07/2010 | NRG | Meeting with J. Knuckles re: draft of Response; Revised Response. | 3.00 | $600.00 |
| 12/08/2010 | NRG | Finalized Response; Emailed and telephone conference with J. McGurk re: same. | 0.75 | No Charge |
| 12/09/2010 | NRG | Drafted letter to N. Quigley and M. Michael re: filing of Response and status. | 0.25 | No Charge |
| 12/14/2010 | NRG | Reviewed Plaintiffs' Response to Motion for Summary Judgment. | 0.25 | No Charge |
| 12/15/2010 | NRG | Drafted Reply to Plaintiffs' Response. | 1.75 | $350.00 |
| 12/20/2010 | NRG | Researched Code of Federal Regulations re: meal time and time clocks; Finished drafting Reply; Emailed J. McGurk re: same; Telephone conference with J. McGurk re: same | 2.00 | $400.00 |
| 12/22/2010 | NRG | Telephone conference with J. McGurk re filing of Reply | 0.50 | No Charge |

Nyberg & Cassioppi, LLC
Page No.:    2

and request for oral arguments; Drafted letter to N.
Quigley and M. Michael re same

|  |  |
|---|---|
| Subtotal: | $2,200.00 |

*Expenses*
12/31/2010

|  |  |
|---|---|
| Legal Fees - Law Offices of James A. McGurk, P.C. | $2,056.01 |
| Subtotal: | $2,056.01 |
| TOTAL: | $4,256.01 |
| PREVIOUS BALANCE: | $10,138.63 |
| TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| BALANCE DUE: | $11,894.64 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

February 4, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No: 702169

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/10/2011 | JJK | Status and arguments before judge Cole; Prepare for arguments; Copy cases | 3.00 | $975.00 |
| 1/12/2011 | JJK | Prepare and e-file answer to amended complaint per court order | 2.25 | $731.25 |
| | | Subtotal: | | $1,706.25 |

## Expenses

| Date | | Description | | Charges |
|------|--|-------------|--|---------|
| 1/10/2011 | | Parking Fee | | $24.00 |
| 1/11/2011 | | PACER Research | | $9.04 |
| | | Subtotal: | | $33.04 |
| | | TOTAL: | | $1,739.29 |
| | | PREVIOUS BALANCE: | | $11,894.64 |
| | | TOTAL PAYMENTS AND CREDITS: | | $-2,500.00 |
| | | BALANCE DUE: | | $11,133.93 |

## NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
--------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone  (630) 428-8888
Fax  (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

March  3, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702221

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/18/2011 | NRG | Telephone conversation with J. McGurk re: covering March 1 status; Emailed J. McGurk re: same | 0.25 | No Charge |
| 2/23/2011 | NRG | Telephone conference with J. McGurk re 3/1 status date and contacting Judge Cole's minute clerk | 0.25 | No Charge |
| 2/28/2011 | NRG | Telephone conference with J. McGurk re 3/1 status pushed back to 3/31; Emailed N. Quigley and M. Michael re continued status | 0.25 | $50.00 |

|  |  |
|--|--|
| Subtotal: | $50.00 |
| TOTAL: | $50.00 |
| PREVIOUS BALANCE: | $11,133.93 |
| TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| BALANCE DUE: | $8,683.93 |

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540

Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

March 7, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702221

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/18/2011 | NRG | Telephone conversation with J. McGurk re: covering March 1 status; Emailed J. McGurk re: same | 0.25 | No Charge |
| 2/23/2011 | NRG | Telephone conference with J. McGurk re 3/1 status date and contacting Judge Cole's minute clerk | 0.25 | No Charge |
| 2/28/2011 | NRG | Telephone conference with J. McGurk re 3/1 status pushed back to 3/31; Emailed N. Quigley and M. Michael re continued status | 0.25 | $50.00 |

Subtotal: $50.00

### Expenses

| | | | |
|---|---|---|---|
| 2/28/2011 | Legal Fees - Law Offices of James A. McGurk, P.C. | | $996.25 |

Subtotal: $996.25

TOTAL: $1,046.25

PREVIOUS BALANCE: $11,133.93

TOTAL PAYMENTS AND CREDITS: $-2,500.00

Nyberg & Cassioppi, LLC
Page No.:     2

BALANCE DUE:                    $9,680.18

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
ALICE M. WOOD
NATALIA V. KABBE

June 1, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702352

### *Services Rendered*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/25/2011 | NRG | Researched recovery of attorney's fees under 29 U.S.C. 216(b) and relevant case law | 1.00 | $200.00 |
| 5/27/2011 | NRG | Continued research re: attorney's fees in FLSA cases | 0.50 | $100.00 |
| 5/28/2011 | JJK | Review court's opinion; Review attorney's fees cases; Conference with J. McGurk; Review of offer of judgment statute/cases; Copied clients; Preparation for 6/7 status | 3.00 | $975.00 |
| 5/31/2011 | NRG | Finished research on FLSA attorney's fees; Drafted memorandum addressing same | 2.50 | $500.00 |

|  |  |
|--|--|
| Subtotal: | $1,775.00 |
| TOTAL: | $1,775.00 |
| PREVIOUS BALANCE: | $7,180.18 |
| TOTAL PAYMENTS AND CREDITS: | $-2,500.00 |
| BALANCE DUE: | $6,455.18 |

# NYBERG & CASSIOPPI, LLC
## ATTORNEYS AT LAW

RONALD A. NYBERG
GERALD A. CASSIOPPI
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

OF COUNSEL
JEFFRY J. KNUCKLES
NATALIA V. KABBE
JEFFREY KABBE
ALICE M. WOOD

July 7, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702467

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/01/2011 | JJK | Meeting with N. Quigley, M. Michael, and Jim McGurk re: memo/order of court on Motion for Summary Judgment; Settlement issues; June 7th status | 1.00 | $325.00 |
| 6/01/2011 | NRG | Meeting with J. Knuckles, J. McGurk, N. Quigley, and M. Michael re: options for proceeding post-summary judgment; Meeting with J. Knuckles and J. McGurk re: strategy | 2.00 | No Charge |
| 6/07/2011 | JJK | Prepared for and attended status with N. Quigley and J. McGurk | 1.50 | $487.50 |
| 6/17/2011 | JJK | Review of tender of offer of judgment statute; Outline "waiver" required by judge Cole for his participation in pre-trial; Correspondence with attorney Manewith and McGurk. | 1.00 | $325.00 |

|  |  |
|--|--|
| Subtotal: | $1,137.50 |
| TOTAL: | $1,137.50 |
| PREVIOUS BALANCE: | $6,455.18 |

Nyberg & Cassioppi, LLC
Page No.:    2

TOTAL PAYMENTS AND CREDITS:          $-2,500.00

BALANCE DUE:          $5,092.68

# NYBERG & CASSIOPPI, LLC
### ATTORNEYS AT LAW

1111 South Washington Street - Suite 100
Naperville, Illinois 60540
Telephone (630) 428-8888
Fax (630) 428-8890
www.nycalaw.com

RONALD A. NYBERG
GERALD A. CASSIOPPI
---------
GREGORY R. HODDER
NICHOLAS R. GALASSO

OF COUNSEL
JEFFRY J. KNUCKLES
NATALIA V. KABBE
JEFFREY KABBE
ALICE M. WOOD

August 3, 2011

Ms. Nancy Quigley
Quigley's Irish Pub
43 East Jefferson
Naperville, Illinois 60540

Regarding: Quigley's Litigation Defense
Invoice No 702519

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/07/2011 | NRG | Prepared calculations/arguments re: attorney's fees | 0.25 | $50.00 |
| 7/11/2011 | JJK | Prepared for and attended settlement conference with Judge Cole | 3.25 | $1,056.25 |
| 7/11/2011 | NRG | Attended settlement conference | 3.00 | No Charge |
| 7/26/2011 | JJK | Review of notice and Motion to Dismiss out S. Holdren for presentation 7/28 | 0.25 | $81.25 |
| 7/28/2011 | JJK | Present arguments in court re: Rule 41b motion to dismiss out S. Holdren and file a petition for fees; order entered | 1.50 | $487.50 |
| | | Subtotal: | | $1,675.00 |

### Expenses

| Date | Description | Charges |
|------|-------------|---------|
| 7/18/2011 | FedEx Fee | $15.19 |
| 7/31/2011 | Legal Fees - Law Offices of James A. McGurk, P.C. | $3,300.00 |
| | Subtotal: | $3,315.19 |
| | TOTAL: | $4,990.19 |
| | PREVIOUS BALANCE: | $5,092.68 |

Nyberg & Cassioppi, LLC
Page No.:    2

BALANCE DUE:                $10,082.87