# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELODY DOMINGUEZ, STEPHANIE HOLDREN, and all other Plaintiffs similarly situated known and unknown, | |
| Plaintiffs, | No. 09 CV 2583 |
| v. | Magistrate Judge Cole |
| QUIGLEY'S IRISH PUB, INC., NANCY QUIGLEY, and MICHELLE MICHAEL, individually, | |
| Defendants. | |

## INDEX OF EXHIBITS

**Exhibit A.**   Local Rule 54.3(e) Joint Statement Regarding Plaintiff's Attorneys' Fees and Expenses
**Exhibit B.**   Levin v. Levans, Inc., No. 08-61730-Civ., 2010 WL 1571192, (S.D. Fla. Mar. 15, 2010)
**Exhibit C.**   Urnikis-Negro v. Am. Family Prop. Servs., Inc., No. 06 C 6014, 2009 WL 212122, (N.D. Ill. Jan. 26, 2009)
**Exhibit D.**   Catalan v. RBC Mortgage Co., No. 05 cv 6920, 2009 WL 2986122, N.D. Ill. Sept. 16, 2009)
**Exhibit E.**   Plaintiff's Billing Records
**Exhibit F.**   Declarations
**Exhibit G.**   Defendants' Billing Records
**Exhibit H.**   Berg v. Culhane, No. 09 C 5803, slip op. (N.D. Ill. Feb. 10, 2011)
**Exhibit I.**   Attorney Biographies
**Exhibit J.**   Redacted Hourly Client Invoices
**Exhibit K.**   Declaration of Noelle Brennan
**Exhibit L.**   Laffey Matrix
**Exhibit M.**   Invoice for Dominguez and Holdren Dep. Transcripts dated 10/07/10

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Index of Exhibits to D.E. 90, to be served upon the parties below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on September 19, 2011.

Mr. Jeffry J Knuckles
Nyberg & Cassioppi, LLC
1111 S. Washington St.
Naperville, IL 60540

Mr. James A. McGurk
Law Offices of James A. McGurk, P.C.
10 S. LaSalle St., Suite 3300
Chicago, IL 60603


Courtesy copy delivered to chambers of Magistrate Judge Cole within 24 hours of filing.


/s/ Bradley Manewith
Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicag, IL 6060